UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV09-01228 - JVS (MLGx)                         Date   February 4, 2010

Title   Luis Alberto Martinez Marin, et al. v. Hansabanka, et al.

Present: The Honorable   James V. Selna

           Karla J. Tunis                                    Not Present
           Deputy Clerk                                      Court Reporter

     Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:
              Not Present                                    Not Present

**Proceedings:**   (In Chambers)   ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

     The Court, on its own motion, hereby ORDERS plaintiff(s) to show cause in writing no later than February 22, 2010, why this action should not be dismissed for lack of prosecution. As an alternative to a written response by plaintiff(s), the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

__X__   Proof of service of summons and complaint as to defendants Hansabanka, Noricum International Inc., clair Darmudas, Worldlink Asset Management and John Omitogun

__X__   Answer by the defendant(s) or plaintiff's request for entry of default as to defendants listed above.

     Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 120 days after the filing of the complaint. Fed. R. Civ. P. 4(m) The Court may dismiss the action prior to the expiration of such time, however, if plaintiff(s) has/have not diligently prosecuted the action.

     It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1

     The Court hereby sets the Order to Show Cause for hearing on March 1, 2010 at 10:30 a.m. The Court further continues the Scheduling Conference from February 8, 2010 to March 1, 2010 at 10:30 a.m.

                                                                         :   00

                                         Initials of Preparer    kjt